THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Evelyn Buckle, Appellant.
 
 
 

Appeal from Richland County
 Reginald I. Lloyd, Circuit Court Judge 
Unpublished Opinion No.   2008-UP-496
Submitted September 2, 2008  Filed
 September 4, 2008 
APPEAL DISMISSED

 
 
 
 Robert M. Dudek, Chief Attorney for Capital Appeals, of Columbia; for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Donald J.
 Zelenka, all of the Columbia; and Warren B. Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM: 
 Evelyn Buckle was convicted of murder and was sentenced to life imprisonment. On appeal, Buckles
 counsel argues the judge erred by admitting statements Appellant made after a
 polygraph examination.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
SHORT,
 THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.